## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Civil Action No.**
**1:18-CV-** 0261 (GLS/ATB)

**v.**

**SCOTT VALENTE,**

**Criminal Action No.**
**1:15-CR-124**

**Defendant,**

**and**

**PALANTIR TECHNOLOGIES, INC.,**

**Garnishee.**

## WRIT OF CONTINUING GARNISHMENT

**TO:  PALANTIR TECHNOLOGIES, INC.**
**ATTN: LEGAL DEPARTMENT**
**1025 THOMAS JEFFERSON STREET, NW #600**
**WASHINGTON, DC 20007**

An Application for a Writ of Continuing Garnishment against property of the above-named

Defendant, Scott Valente, has been filed with this Court by the United States of America.

An Amended Judgment was entered in favor of the United States of America against the

Defendant on July 20, 2016, requiring the debtor to pay restitution in the amount of $8,616,113.39. To

date, a balance of $7,747,405.13 remains outstanding.

You, the Garnishee, are required by law to immediately withhold and retain any property

in your custody, control or possession, *specifically, but not limited to*:  NYPA Fund I LLC Series E-

8(A), Series E-11(A), Series E-22(A) and SRA I Fund Series E-13(SA) in the name of The ELIV

Group LLC, in which the defendant has a substantial non-exempt interest as owner and manager of The

ELIV Group LLC, including, but not limited to, any new property of which you obtain custody,

control or possession of while this Writ is in effect. 28 U.S.C. § § 3002(12), 3014, 3205 (c)(2)(F). It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further Order of this Court.

You, the Garnishee, are required by law to Answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must include whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the Garnishee, are required by law, to mail or hand-deliver the original, signed and notarized Answer to this Writ within ten (10) days of your receipt of this Writ, to the Clerk of the United States District Court, James M. Hanley Federal Building, 100 S. Clinton Street, PO Box 7367, Syracuse, NY 13261 to be filed. You must Answer the Writ even if you do not have in your custody, control or possession, any property of the debtor. 28 U.S.C. § 3205(c)(4).

Additionally, you are required by law to mail or deliver a copy of your Answer upon the debtor who is currently incarcerated at: FCI Fort Dix, Reg. No. 21860-052, PO Box 2000, Joint Base MDL, NJ 08640, and the United States Attorney's Office, Attn: Leslie B. Ducar, Paralegal Specialist, James T. Foley Courthouse, 445 Broadway, Albany, NY 12207.

Under the law, there is property that is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Exemption list.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your non-compliance with this Writ, may result in the Court entering a Judgment against you. That Judgment would be in the amount of the

judgment debtor's non-exempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorneys' fees.

Dated: March __5__, 2018

Clerk of Court

By: __s/ Rose Pieklik__
Deputy Clerk