**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*James M. Hanley Federal Building*
*100 South Clinton Street, PO Box 7198*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0646*

July 23, 2019

Hon. Gary L. Sharpe
Senior U.S. District Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

**Re: United States v. Scott Valente, et al.**
**Civil Action No. 1:18-CV-261 (GLS/ATB)**

Dear Judge Sharpe:

I am writing in response to the Text Order dated June 26, 2019 (*dkt*. #6) wherein the Government was directed to advise the Court of the status of the withholding assets with respect to Palantir Technologies, Inc. In this regard, the following is submitted.

On March 5, 2018, an order was issued approving an application for a Writ of Garnishment as to Palantir Technologies, Inc. (“Garnishee”). The Government has been advised that the interest and funds with regard to the Palantir Technologies, Inc. investment are being held within Saddle River Advisors, LLC. There is an action pending in the Northern District of California against Saddle River Advisors, LLC, which has been initiated by the Securities and Exchange Commission. In connection with this action, the Court has placed all assets belonging to Saddle River Advisors, LLC under the control of a Court-appointed Receiver. The Government has submitted a claim for various securities interests and funds invested in by the ELIV Group, LLC, including a claim for the initial Palantir Technologies, Inc. investment, and is awaiting distribution.

Accordingly, the Government respectfully requests that this proceeding remain open until the transaction occurs and the funds are received.

Thank you for your consideration in this matter.

Very truly yours,

**GRANT C. JAQUITH**
United States Attorney

By:

*s/Mary E. Langan*
Mary E. Langan
Assistant United States Attorney
Bar Roll No. 518971