**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*

*Tel.: (518) 431-0247*
*Fax: (518) 431-0386*

March 15, 2021

Hon. Gary L. Sharpe
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re: *United States v. Scott Valente, et al.*, Case No. 1:18-CV-261 (GLS/ATB)
United States' Status Report

Dear Judge Sharpe:

I am writing to advise the Court of the status of distributions with respect to Palantir Technologies, Inc. (*see* Dkt. # 16).

On March 11, 2021, we were advised that the Clerk's Office received $731,991.14 as an interim distribution on account of the Class 4J Allowed Claim in the SRA Receivership case for the Eliv Group. We were also advised that the government will likely receive additional distributions, but the timing and amounts of any such distributions are unknown at this time and will be subject to further approval by the district court overseeing the receivership.

Accordingly, the Government respectfully requests that this proceeding remain open until further distribution occurs, and the funds are received.

Sincerely,

ANTOINETTE T. BACON
Acting United States Attorney

By: */s/ Adam J. Katz*
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894