**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0646*

December 27, 2021

Hon. Gary L. Sharpe
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re: *United States v. Scott Valente, et al.*, Case No. 1:18-CV-261 (GLS/ATB)
United States' Status Report

Dear Judge Sharpe:

I write to advise the Court of the status of Palantir Technologies, Inc. distributions in the SRA receivership case for the Eliv Group pending in the U.S. District Court for the Northern District of California. *See* Dkt. # 18.

The receiver's counsel advised this office that all of the estate's Palantir stock has currently been distributed, and they are holding a substantial administrative cash reserve for unforeseen tax liabilities, which if unused will be distributed to claimants. This may take years until the tax returns are final and any distributions are made. Any future distribution will be the subject of a motion by the estate to the district court overseeing the receivership.

Accordingly, the Government respectfully requests that this proceeding remain open until further distribution occurs, and the funds are received.

Sincerely,

CARLA B. FREEDMAN
United States Attorney

By: /s/ Elizabeth A. Conger
Elizabeth A. Conger
Assistant United States Attorney
Bar Roll No. 520872