**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

**Asset Recovery Unit | Financial Litigation Program**
*Phone: (866)-897-0464*
*E-Mail: USANYN.FLP@usdoj.gov.*

☐ *Albany Office:*
*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*
*Fax: (518) 431-0249*

☒ *Syracuse Office:*
*100 S. Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*
*Fax: (315) 448-0646*

December 20, 2023

Hon. Gary L. Sharpe
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re: *United States v. Scott Valente, et al.*, Case No. 1:18-CV-261 (GLS/ATB)
United States' Status Report

Dear Judge Sharpe:

I write to advise the Court of the status of Palantir Technologies, Inc. distributions in the SRA receivership case for the Eliv Group pending in the U.S. District Court for the Northern District of California. *See* Dkt. No. 26.

As the Court is aware, the receiver's counsel is holding a substantial administrative cash reserve for unforeseen tax liabilities, which, if unused, will be distributed to claimants. The receiver's counsel advised this office that they recently filed a motion to modify the distribution plan, which addressed the reserve accounts and the calculation of deficiency claims. The Court approved this motion. *See SEC v. Bivona, et al.*, Case No. 3:16-cv-01386(N.D. Cal.), Dkt. No. 722, Court Order dated December 4, 2023. Receiver's counsel has advised that any future distribution will still likely take years until tax returns are final.

Accordingly, the Government respectfully requests that this proceeding remain open until further distribution occurs, and the funds are received.

Sincerely,

CARLA B. FREEDMAN
United States Attorney

By: /s/ Melissa O. Rothbart
Melissa O. Rothbart
Assistant United States Attorney

Bar Roll No. 5668306