**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

**Asset Recovery Unit | Financial Litigation Program**
*Phone: (866)-897-0464*
*E-Mail: USANYN.FLP@usdoj.gov.*

☐ *Albany Office:*
*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*
*Fax: (518) 431-0249*

☒ *Syracuse Office:*
*100 S. Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*
*Fax: (315) 448-0646*

December 18, 2025

Honorable Anne M. Nardacci
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Re:** ***United States v. Scott Valente, et al.***
***Case No. 1:18-CV-261 (AMN/MJK)***
United States' Status Report

Dear Judge Nardacci:

I write to advise the Court of the status of Palantir Technologies, Inc, distributions in the SRA receivership case for the Eliv Group pending in the U.S. District Court for the Northern District of California. *See* Dkt. #26.

The Government received the first batch of distributions in July 2025 in the amount of $433,194.06. The receiver's counsel advised the Government that they are pursuing the sale of the final asset in the case, ZocDoc shares, which they hope to resolve in the next few months. Once complete, they will need to prepare the final distribution schedules and final tax returns. They advised that process will likely go through 2026.

Accordingly, the Government respectfully requests that this proceeding remain open until all distributions occur, and these funds are received.

Sincerely,

/s/
TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By: */s/ Melissa O. Rothbart*
Melissa O. Rothbart
Assistant United States Attorney
Bar Roll No. 5668306