**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

**Asset Recovery Unit | Financial Litigation Program**
*Phone: (866)-897-0464*
*E-Mail: USANYN.FLP@usdoj.gov.*

☐ *Albany Office:*
*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*
*Fax: (518) 431-0249*

☒ *Syracuse Office:*
*100 S. Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*
*Fax: (315) 448-0646*

June 30, 2026

Honorable Anne M. Nardacci
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Re:** ***United States v. Scott Valente, et al.***
***Case No. 1:18-CV-261 (AMN/MJK)***
United States' Status Report

Dear Judge Nardacci:

I write to advise the Court of the status of Palantir Technologies, Inc, distributions in the SRA receivership case for the Eliv Group pending in the U.S. District Court for the Northern District of California. *See* Dkt. #26.

The receiver's counsel advised the Government that there have been no new developments, but they are evaluating doing a final distribution this year to those investors who continue to hold deficiency claims.

Accordingly, the Government respectfully requests that this proceeding remain open until all distributions occur, and these funds are received.

Sincerely,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Tamara B. Thomson*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310